UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-0091-FDW

| | |
|---|---|
| WILLIAM M. MULL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>*Acting Commissioner of Social Security,* )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 12) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having carefully considered the Motion, the Court GRANTS the Motion and DISMISSES the instant case with prejudice. The Clerk is respectfully DIRECTED to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: September 1, 2017

Frank D. Whitney
Chief United States District Judge